UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Ann Meyer
                        Plaintiff,

v.                                          Case No.: 1:22–cv–04299
                                                  Honorable Sharon Johnson Coleman

Gannett Company Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 14, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 12/14/2022. The Court discussed the remaining deficiencies in plaintiff's amended complaint and advised plaintiff to avail herself of the Hibbler Pro Se Help Desk. However, plaintiff stated that she no longer wished to pursue the case and asked to withdraw her complaint. Construing her withdrawal as a dismissal under Federal Rule of Civil Procedure 41(a), the Court dismisses the case without prejudice. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.